**Dismissed; Opinion Filed January 13, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01074-CV

### DESIGN BY HAROLD HAND, LLC, Appellant
### V.
### H. LEE HOBSON AND ANN HOBSON, Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-15992**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Nowell
Opinion by Chief Justice Burns

The clerk's record in this appeal has not been filed because appellant has failed to pay the clerk's fee. On October 22, 2019, we directed appellant to file, no later than November 1, 2019, written verification it had made arrangements to pay the fee or was entitled to proceed without paying the fee. *See* TEX. R. APP. P. 35.3(a). Although we cautioned appellant that failure to comply could result in dismissal of the appeal without further notice, appellant has not complied. *See id*. 37.3(b). Accordingly, we dismiss the appeal. *See id*. 37.3(b).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

191074F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DESIGN BY HAROLD HAND, LLC,
Appellant

No. 05-19-01074-CV      V.

H. LEE HOBSON AND ANN HOBSON,
Appellees

On Appeal from the 160th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-16-15992.
Opinion delivered by Chief Justice Burns,
Justices Whitehill and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees H. Lee Hobson and Ann Hobson recover their costs, if any, of this appeal from appellant Design by Harold Hand, LLC.


Judgment entered this 13th day of January, 2020.